OPINION — AG — ** MEMORANDUM ** ON AUDITS OF COUNTY AFFAIRS ** OUSTER, ELIGIBILITY, OFFICER, COUNTIES, OFFICERS, ACTS, TERM, CRIMINAL, COUNTY ATTORNEY, TERMS OF OFFICE REMOVAL ACTION, ATTORNEY GENERAL, ACTION) CITE: 19 O.S. 174 [19-174], 19 O.S. 177.8 [19-177.8], 22 O.S. 1181.1 [22-1181.1], 22 O.S. 1181.2 [22-1181.2] ARTICLE VII, SECTION 9 (FRED HANSEN)